UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DISABLED PATRIOTS OF AMERICA, INC. a
Florida not for profit corporation, and
EFREM WALKER, Individually,

        Plaintiffs,        Case No. 05CV73588
vs.                                  Hon. Victoria A. Roberts
                                               Magistrate R. Steven Whalen

WOODHEAVAN ENTERPRISES, INC.,
a Michigan Corporation,
        Defendant.
_____/

| Steven E. Goren (P36581) | John A. Ponitz (P24610) |
|---|---|
| Goren, Goren & Harris, P.C. | John A. Ponitz, P.C. |
| Attorney for Plaintiffs | Attorney for Defendant |
| 30400 Telegraph Road, Suite 470 | 24725 Greenfield Road |
| Bingham Farms, MI 48025-5818 | Southfield, MI 48075 |
| (248) 540-3100 | (248) 395-5250 |

Lawrence A. Fuller
Fuller, Fuller & Associates, P.A.
Attorney for Plaintiffs
12000 Biscayne Boulevard, Suite 609
North Miami, FL 33181
(305) 891-5199
_____/

## ORDER APPROVING CONSENT JUDGMENT

At a session of said Court, held in the city of Detroit, County
of Wayne, State of Michigan
on:  January 25, 2006

PRESENT: HONORABLE Victoria A. Roberts
US District Court Judge

     Whereas this court having Read the Stipulation filed in the matter, and this court being otherwise being fully advised in the premises,

     IT IS HEREBY ORDERED that the Consent Decree stipulated to by Counsel, and as signed by the parties is hereby approved, received for filing, and is hereby incorporated into this Order as a Judgment of this Court.

     **This order resolves the last pending claim and closes the case.**

                                                       S/Victoria A. Roberts
                                                       Victoria A. Roberts
                                                       United States District Judge

Dated:  January 25, 2006

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 25, 2006.

s/Carol A. Pinegar
Deputy Clerk